UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INFLECTION RISK SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-04854-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 28 |

　　　Plaintiff Gerardo Lopez has filed a notice of settlement.  ECF No. 28.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

　　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

　　　**IT IS SO ORDERED**.

Dated:  May 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge